JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOMMY SCOTT;<br><br>　　　　Plaintiff<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:14-cv-00365-APG-NJK |

### STIPULATION AND ORDER TO LIMIT PLAINTIFF'S DAMAGES TO $75,000 AND REMAND CASE TO STATE COURT

WHEREAS Plaintiff has filed a Motion to Remand (Dkt. No. 4) this case to State Court contending that the amount in controversy in the above captioned litigation does not exceed the jurisdictional minimum for diversity jurisdiction of $75,000.00, exclusive of interest and costs;

IT IS HEREBY STIPULATED AND AGREED by and between Robert L. English, Esq. of the law firm SEEGMILLER & ASSOCIATES on behalf of Plaintiff TOMMY SCOTT and Jerry S. Busby, Esq. of the law firm a COOPER LEVENSON, P.A. on behalf of Defendant SMITH'S FOOD & DRUG CENTERS, INC. that Plaintiff's recovery in this case shall be limited to $75,000.00, or less, exclusive of interest and costs; and

/ / /

/ / /

/ / /

/ / /

CLAC 2488565.1

IT IS FURTER STIPULATED AND AGREED that inasmuch as the damages in this case are limited to $75,000.00, or less, exclusive of interest and costs, that this case be remanded to Eighth Judicial District Court of the State of Nevada.

DATED this 21st day of April, 2014.

| SEEGMILLER & ASSOCIATES | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Robert L. English<br>ROBERT L. ENGLISH, ESQ.<br>Nevada Bar No. 003504<br>10655 Park Run Drive, #250<br>Las Vegas, Nevada 89144<br>(702) 966-7777<br>Attorneys for Plaintiff<br>TOMMY SCOTT | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>6060 Elton Avenue – Suite A<br>Las Vegas, Nevada 89107<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

## ORDER

IT IS SO ORDERED: This case is remanded to the Eighth Judicial District Court, Clark County, Nevada.

_____
UNITED STATES DISTRICT JUDGE
DATED: April 22, 2014

2

CLAC 2488565.1